UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X   O R D E R
GARDEN CITY BOXING CLUB, INC.

        Plaintiff,            CV-05-3897 (ARR)

  -against-

JUAN CASTILLO, et al.,

        Defendants.
------------------------------X

An initial conference will be held in the above-captioned case on January 13, 2006, at 12:45 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in Room 340 at 225 Cadman Plaza East, Brooklyn, New York. All counsel must be present. In the event this case becomes eligible for arbitration before the scheduled conference, please call 718-260-2530 to cancel.

<u>Plaintiff's counsel is requested to confirm with defendant's counsel that all necessary participants are aware of this conference</u>. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

    SO ORDERED.

Dated: Brooklyn, New York
      October 3, 2005

                                                  _____
                                                  JOAN M. AZRACK
                                                  UNITED STATES MAGISTRATE JUDGE