A+F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the November 27, 2004   : 05-CV-3897 (ARR)(JMA)
Barrer/Morales Program,
                    Plaintiff,                   : NOT FOR ELECTRONIC
                                                 : OR PRINT
       -against-                                 : PUBLICATION

JUAN CASTILLO, et al,                            : ORDER
                    Defendant.                   :
--------------------------------------------------------------- X

ROSS, United States District Judge:

I have received the Amended Report and Recommendation on the instant case, dated March 1, 2006, from the Honorable Joan M. Azrack, U.S. Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, I hereby adopt the Amended Report and Recommendation as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, plaintiff's motion for default judgment is granted. The court orders that judgment be entered against the defendants, jointly and severally, in the amount of $15,135. This total amount represents $2,747.50 in statutory damages, $10,000 for defendants' willful violation of 47 U.S.C. §§ 553(a)(1) and 605(a), and attorneys' fees and costs of $2,387.50.

Plaintiff's request for a permanent injunction is denied.

SO ORDERED.

                                           Allyne R. Ross
                                           United States District Judge

Dated: March 20, 2006
       Brooklyn, New York

1

**SERVICE LIST:**

<div style="margin-left: 2em;">

Plaintiff's Attorney
Julie Cohen Lonstein, Esq.
Lonstein Law Office, P.C.
1 Terrace Hill, Box 351
Ellenville, NY 12428


Defendants
Juan Castillo
10819 38th Avenue, Apt. 1
Corona, NY 11368

Alberto Restaurant
9707 37th Avenue
Corona, NY 11368

</div>

cc: Magistrate Judge Joan M. Azrack