UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.,                          JUDGMENT
as Broadcast Licensee of the November 27, 2004          05-CV- 3897 (ARR)
Barrer/Morales Program,

                                Plaintiff,

        -against-

JUAN CASTILLO, et al.,


                                Defendants.
-------------------------------------------------------------------X


                An Order of Honorable Allyne R. Ross, United States District Judge, having been

filed on March 24, 2006, adopting the Amended Report and Recommendation of Magistrate

Judge Joan M. Azrack, dated March 1, 2006, after a <u>de novo</u> review of the record; granting

plaintiff's motion for a default judgment; directing the Clerk of Court to enter judgment

against the defendants, jointly and severally, in the amount of $15,135.00, this total amount

represents $2,747.50 in statutory damages, $10,000.00 for defendants' willful violation of

47 U.S.C. §§ 553(a)(1) and 605(a), and attorneys' fees and costs of $2,387.50; and denying

plaintiff's request for a permanent injunction; it is

JUDGMENT
05-CV- 3897 (ARR)

ORDERED and ADJUDGED that the Amended Report and Recommendation of Magistrate Judge Joan M. Azrack is adopted; that plaintiff's motion for a default judgment is granted; that judgment is hereby entered in favor of plaintiff, Garden City Boxing Club, Inc., as Broadcast Licensee of the November 27, 2004 Barrer/Morales Program, and against defendants, Juan Castillo, et al., jointly and severally, in the amount of $15,135.00, this amount represents $2,747.50 in statutory damages, $10,000.00 for defendants' willful violation of 47 U.S.C. §§ 553(a)(1) and 605(a), and attorneys' fees and costs of $2,387.50; and that plaintiff's request for a permanent injunction is denied.

Dated: Brooklyn, New York
       March 24, 2006

ROBERT C. HEINEMANN
Clerk of Court